UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
Apr 17, 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: SMITH & NEPHEW BIRMINGHAM HIP
RESURFACING (BHR) HIP IMPLANT
PRODUCTS LIABILITY LITIGATION       MDL No. 2775

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –1)

On April 5, 2017, the Panel transferred 21 civil action(s) to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2017). Since that time, no additional action(s) have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable Catherine C. Blake.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Maryland and assigned to Judge Blake.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of April 5, 2017, and, with the consent of that court, assigned to the Honorable Catherine C. Blake.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 17, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on   April 17, 2017
that the foregoing document is a full
copy of the originals on file in my office and in my
legal custody.
      FELICIA C. CANNON
  CLERK, U.S. DISTRICT COURT
     DISTRICT OF MARYLAND
By _____ Deputy

**IN RE: SMITH & NEPHEW BIRMINGHAM HIP
RESURFACING (BHR) HIP IMPLANT
PRODUCTS LIABILITY LITIGATION**                MDL No. 2775

### SCHEDULE CTO−1 – TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **ALABAMA MIDDLE** | | | | |
| ALM | 2 | 17−00106 | Walker v. Smith & Nephew, Inc. | CCB-17-1036 |
| **ALABAMA NORTHERN** | | | | |
| ALN | 4 | 17−00243 | Cleveland v. Smith & Nephew Inc | CCB-17- 1037 |
| **CALIFORNIA EASTERN** | | | | |
| CAE | 2 | 17−00284 | Berg v. Smith & Nephew, Inc. | CCB-17-1038 |
| **CALIFORNIA SOUTHERN** | | | | |
| CAS | 3 | 17−00416 | Graham v. Smith & Nephew, Inc. | CCB-17-1039 |
| **COLORADO** | | | | |
| CO | 1 | 17−00334 | Viner v. Smith & Nephew Inc | CCB-17-1040 |
| **DELAWARE** | | | | |
| DE | 1 | 16−00712 | Bertroch v. Smith & Nephew | CCB-17-1041 |
| **ILLINOIS CENTRAL** | | | | |
| ILC | 1 | 17−01126 | Barksdale et al v. Smith & Nephew Inc | CCB-17-1042 |
| **MISSOURI WESTERN** | | | | |
| MOW | 5 | 17−06015 | Morgan v. Smith & Nephew, Inc. | CCB-17-1043 |
| **NEW YORK NORTHERN** | | | | |
| NYN | 1 | 17−00164 | Betters v. Smith & Nephew, Inc. | CCB-17-1044 |
| **NORTH CAROLINA EASTERN** | | | | |

| | | | | |
|---|---|---|---|---|
| NCE | 7 | 17−00035 | Tatosian et al v. Smith & Nephew, Inc. | CCB-17-1045 |

TEXAS SOUTHERN

| | | | | |
|---|---|---|---|---|
| TXS | 2 | 17−00081 | Bogk v Smith & Nephew, Inc. | CCB-17-1046 |